IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-mj-239 KJN |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO TALAVERA-PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a), and in the interest of justice, the Court grants the government's motion to dismiss the complaint in this case.  See Fed. R. Crim. P. 48(a).  The complaint is dismissed without prejudice.

DATED: September 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1